**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **ADRIAN JAROD STANLEY,** | : | **7:24-cr-27-WLS-TQL-2** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

On August 22, 2024, Defendant, Adrian J. Stanley, filed a Motion for Continuance (Doc. 32) ("Motion"), in which Defendant requested a continuance of the pretrial conference scheduled for August 28, 2024. Defendant's Motion did not include a request to continue the September 23, 2024 trial date.

By Order (Doc. 33) entered August 23, 2024, Defendant was ordered to supplement his Motion by **Noon on Tuesday, August 27, 2024**, to clarify whether he was also requesting a continuance of the trial date. To date, Defendant has not complied with the Court's August 23, 2024 Order.

Accordingly, for purposes of clarification, and to ensure that the trial of this matter proceeds in accordance with the Speedy Trial Act 18 U.S.C. § 3161,

**IT IS HEREBY ORDERED** that:

1. The pretrial conference scheduled for August 28, 2024, at 3:00 p.m. in Albany, Georgia, is **CANCELLED**.

2. The pretrial conference will be promptly rescheduled at the convenience of the Court.

3. The trial of this matter shall remain on the Court's calendar to begin on September 23, 2024, as noticed in the Court's Notice of Pretrial Conference (Doc. 31).

**SO ORDERED**, this 27th day of August 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1